IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DORAN SCHMIDT, Individually, and SAGE SCHMIDT, a minor, by and through Doran Schmidt, her natural mother and next friend,** | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:13CV143 |
| V. | ) ) | |
| **HEATHER RAMSEY, APRN-CNM, THE MIDWIVES PLACE LLC, and BELLEVUE MEDICAL CENTER L.L.C.,** | ) ) ) ) ) | ORDER |
| Defendants. | ) | |

    Plaintiffs have filed a motion requesting that the Court extend the deadlines for identification of expert witnesses. ([Filing 110](#).) Plaintiffs represent that Defendant Bellevue Medical Center, LLC has no objection to the motion being granted. Plaintiffs have been unable, however, to reach counsel for Defendants Heather Ramsey and The Midwives Place, LLC, in order to obtain their consent to Plaintiffs' requested extension.

    The Court is agreeable to the requested extension. However, before any such motion is granted, Plaintiffs must confer with counsel for Defendants Heather Ramsey and The Midwives Place, LLC, and then advise the Court as to whether these Defendants are agreeable to an extension. If all Defendants are agreeable to an extension, the parties shall jointly submit a proposed order setting forth revised deadlines.

    Accordingly,

    **IT IS ORDERED** that Plaintiffs shall confer with counsel for Defendants Heather Ramsey and The Midwives Place, LLC, in an attempt to obtain these Defendants' consent to Plaintiffs' requested deadline extension. If all Defendants are agreeable to an extension, the parties shall jointly submit a proposed order to the Court setting forth revised deadlines.

The proposed order shall be submitted no later than June 27, 2014. If Plaintiffs cannot obtain all parties' consent to their pending motion to extend, Plaintiffs shall so notify the Court no later than June 27, 2014.

**DATED June 16, 2014.**

                                       **BY THE COURT:**

                                       **S/ F.A. Gossett**
                                       **United States Magistrate Judge**