IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DORAN SCHMIDT, Individually, and SAGE SCHMIDT, a minor, by and through Doran Schmidt, her natural mother and next friend, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:13CV143 |
| V. | ) ) | |
| HEATHER RAMSEY, APRN-CNM, THE MIDWIVES PLACE LLC, and BELLEVUE MEDICAL CENTER L.L.C., | ) ) ) ) ) | ORDER |
| Defendants. | ) | |

This matter is before the Court on Plaintiffs' Motion to Quash Deposition Notices (filing 139). On February 18, 2015, Defendants noticed the depositions of two individuals. These depositions are scheduled to occur on March 4, 2015, in Pittsburgh, Pennsylvania, and March 5, 2015, in Grass Valley, California. Seemingly, Defendants arranged the depositions without consulting with Plaintiffs' counsel to determine his availability. Plaintiffs' counsel is unable to attend the depositions as noticed, but Defendants refuse to re-schedule the depositions.

Having considered the matter, the Court will quash the deposition notices. Defendants may re-notice the depositions, upon consultation with Plaintiffs' counsel regarding his availability. The depositions shall occur as soon as possible, however. If the depositions cannot be completed by the March 16, 2015 deposition deadline, the parties may move for a short extension of the deadline. Trial is scheduled to begin the week of July 21, 2015, so a brief extension of this deadline or other necessary motion deadlines should not interfere with the trial date.

Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion to Quash Deposition Notices (filing 139) is granted.

**DATED March 3, 2015.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**