IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SAGE SCHMIDT, a minor, by and through Doran Schmidt, her natural mother and next friend, and DORAN SCHMIDT, Individually, <br><br> Plaintiffs, <br><br> vs. <br><br> HEATHER RAMSEY, APRN-CNM, THE MIDWIFE'S PLACE L.L.C., and the BELLEVUE MEDICAL CENTER L.L.C., <br><br> Defendants. | 8:13-cv-00143-LSC-FG3 <br><br> **JOINT STIPULATION** |

COMES NOW the Plaintiffs, Sage Schmidt, a minor, by and through Doran Schmidt, her natural mother and next friend, and Doran Schmidt, Individually, and Heather Ramsey, APRN-CNM, and the Midwife's Place, LLC, and hereby jointly stipulate that they have resolved all issues between themselves, and therefore, jointly stipulate that Plaintiffs Complaint be dismissed with prejudice as to these named Defendants only.

SAGE SCHMIDT, a minor, by and through Doran Schmidt, her natural mother and next friend, and DORAN SCHMIDT, Individually,

By: _____
Patrick Cullan, #23576
Joseph Cullan, #22145
Cullan & Cullan, LLC
1113 Harney St.
Omaha, NE 68102
(402) 397-7600
Fax: (402) 397-3816
Attorneys for Plaintiffs

HEATHER RAMSEY, APRN-CNM and THE MIDWIFE'S PLACE L.L.C., Defendants,

By: _____
Ronald E. Frank, #11369
Thomas J. Shomaker, #13811
SODORO, DALY, SHOMAKER & SELDE, PC, LLO
7000 Spring Street
Omaha, NE 68106
(402) 397-6200
(402) 397-6291 (fax)
Attorneys for Defendants Heather Ramsey, APRN-CNM, and The Midwife's Place, LLC