IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DORAN SCHMIDT, individually; and S.S., a minor, by and through Doran Schmidt, her natural mother and next friend;<br><br>            Plaintiffs,<br><br>vs.<br><br>HEATHER RAMSEY, APRN-CNM; THE MIDWIVES PLACE LLC, BELLEVUE MEDICAL CENTER L.L.C.,<br><br>            Defendants. | 8:13CV143<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Joint Stipulation to dismiss Plaintiffs' claims against Defendants Heather Ramsey, APRN-CNM, and the Midwife's Place, LLC (Filing No. 190). The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed with prejudice. The parties will bear their own costs. Accordingly,

IT IS ORDERED:

1. The Joint Stipulation to dismiss with prejudice (Filing No. 190) is approved;

2. Plaintiffs' claims against Defendants Heather Ramsey, APRN-CNM, and the Midwife's Place, LLC are dismissed with prejudice;

3. The Clerk of Court is directed to change the case caption to reflect that Defendants Heather Ramsey, APRN-CNM, and the Midwife's Place, LLC have been dismissed;

4. The proposed order that appears at Filing No. 191 is denied as moot; and

5. The parties to the Joint Stipulation (Filing No. 190) will bear their own costs with respect to Plaintiffs claims against Defendants Heather Ramsey, APRN-CNM, and the Midwife's Place, LLC.

Dated this 19th day of May, 2015

                                BY THE COURT:

                                s/Laurie Smith Camp
                                Chief United States District Judge