# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DORAN SCHMIDT, Individually, and SAGE SCHMIDT, a minor, by and through Doran Schmidt, her natural mother and next friend,** | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:13CV143 |
| V. | ) ) | |
| **BELLEVUE MEDICAL CENTER L.L.C.,** | ) ) ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on Plaintiffs' Motion for Continuance of Trial (filing 232) and Defendant's Objection (filing 234) to said Motion.

Trial in this case is scheduled to begin on Monday, July 27, 2015. Continuing the trial at this late juncture would unduly prejudice Defendant.

Therefore, in the interest of justice,

**IT IS ORDERED** that Plaintiffs' Motion for Continuance (filing 232) is denied and Defendant's Objection (filing 234) is sustained.

**DATED July 24, 2015.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**