IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DORAN SCHMIDT, Individually; and SAGE SCHMIDT, a minor, by and through Doran Schmidt, her natural mother and next friend;<br><br>    Plaintiffs,<br><br>vs.<br><br>BELLEVUE MEDICAL CENTER L.L.C.,<br><br>    Defendant. | 8:13CV143<br><br>JUDGMENT |

Based upon the jury's verdict,

IT IS ORDERED:

Judgment is entered in favor or Sage Schmidt, a minor, by and through Doran Schmidt, her natural mother and next friend, Plaintiff, and against Bellevue Medical Center, L.L.C., Defendant, in the amount of $17,000,000.00, plus post-judgment interest at the rate of 0.33 percent per annum.

Dated this 6th day of August, 2015

                                            BY THE COURT:

                                            s/Laurie Smith Camp
                                            Chief United States District Judge