IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DORAN SCHMIDT, Individually; and S.S., a minor, by and through Doran Schmidt, her natural mother and next friend;<br><br>Plaintiffs,<br><br>vs.<br><br>BELLEVUE MEDICAL CENTER L.L.C.,<br><br>Defendant. | 8:13CV143<br><br>ORDER |

This matter is before the Court on the Motion for Stay of Judgment (Filing No. 261), filed by Defendant Bellevue Medical Center, L.L.C. ("BMC"). Also before the Court is BMC's Motion for Expedited Hearing and/or Briefing Schedule (Filing No. 257). BMC seeks a stay of execution of judgment pursuant to Federal Rule of Civil Procedure 62(b). Plaintiffs have indicated that they have no objection to the stay being granted on such terms as the Court deems just and proper (Filing No. 260). Accordingly,

IT IS ORDERED:

1. The Motion for Stay of Judgment (Filing No. 261), filed by Defendant Bellevue Medical Center, L.L.C., is granted;

2. Pursuant to Federal Rule of Civil Procedure 62(b), execution of the Court's Judgment entered against the Defendant Bellevue Medical Center, L.L.C. on August 6, 2015 (Filing No. 250), is stayed, and no proceedings may be brought to enforce the Judgment, until 14 days after the Court rules on any motions filed by Defendant pursuant to Federal Rules of Civil Procedure 50, 52(b), 59, or 60; and

3. The Motion for Expedited Hearing and/or Briefing Schedule (Filing No. 257) filed by Defendant Bellevue Medical Center, L.L.C., and the Motion to Stay (Filing No. 258) are denied as moot.

Dated this 14th day of August, 2015

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge