# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DORAN SCHMIDT, Individually, and SAGE SCHMIDT, a minor, by and through Doran Schmidt, her natural mother and next friend, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:13CV143 |
| V. | ) ) | |
| BELLEVUE MEDICAL CENTER L.L.C., | ) ) ) | CERTIFICATE PURSUANT TO 28 U.S.C. § 2403(b) |
| Defendant. | ) | |

**To:** **Doug Peterson**
   **Attorney General of the State of Nebraska**

On behalf of this Court and pursuant to 28 U.S.C. § 2403(b), I certify that in this case there is drawn into question the constitutionality of Neb. Rev. Stat. § 44-2801, *et seq.*, which are statutes affecting the public interest.

Plaintiffs' counsel, Patrick Cullan, has filed in this matter "Plaintiff's Notice of Constitutional Question," indicating that he served the Attorney General of the State of Nebraska on or about September 18, 2015. The Attorney General may intervene "within 60 days after the notice is filed or after the court certifies the challenge, whichever is earlier." Fed. R. Civ. P. 5.1(c).

**DATED September 22, 2015.**

                    **BY THE COURT:**

                    **S/ F.A. Gossett**
                    **United States Magistrate Judge**