IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DORAN SCHMIDT, Individually; and SAGE SCHMIDT, a minor, by and through Doran Schmidt, her natural mother and next friend;<br><br>        Plaintiffs,<br><br>vs.<br><br>BELLEVUE MEDICAL CENTER L.L.C.,<br><br>        Defendant. | 8:13CV143<br><br>AMENDED JUDGMENT |

Based upon the jury's verdict, and the Court's Memorandum and Order of this date,

IT IS ORDERED:

1. The Court's Judgment of August 6, 2015 (Filing No. 250) is amended as follows: Judgment is entered in favor of Sage Schmidt, a minor, by and through Doran Schmidt, her natural mother and next friend, Plaintiff, and against Bellevue Medical Center, L.L.C., Defendant, in the amount of one million seven hundred fifty thousand dollars ($1,750,000.00), plus post-judgment interest at the rate of 0.33 percent per annum, accruing from August 6, 2015; and

2. The Stay of Judgment (Filing No. 262) is lifted.

Dated this 25th day of November, 2015

                                                    BY THE COURT:

                                                    s/Laurie Smith Camp
                                                    Chief United States District Judge