# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DORAN SCHMIDT, Individually, and SAGE SCHMIDT, a minor, by and through Doran Schmidt, her natural mother and next friend, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:13CV143 |
| V. | ) ) | |
| BELLEVUE MEDICAL CENTER L.L.C., | ) ) ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on the Request for CD/Transcript by a Non-Party (filing 308). Specifically, Penelope Clor, a non-party to this action, requests a transcript of the ruling made from the bench (after the testimony) at the hearing held on July 8, 2015.

The request for a transcript is granted, provided Penelope Clor contacts Brenda Fauber, 118 S. 18th Plaza, Suite 3122, Omaha, NE 68102, and makes financial arrangements for preparation of the transcript.

**IT IS ORDERED:**

1. The request for transcript (filing 308) is granted, under the conditions described above, and otherwise denied.

2. The Clerk of Court is directed to mail a copy of this Order to Penelope Clor at the address listed in Filing No. 308.

**DATED January 7, 2016.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**