# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

DORAN SCHMIDT, Individually; and
SAGE SCHMIDT, a minor, by and
through Doran Schmidt, her natural
mother and next friend;

    Plaintiffs,

vs.

HEATHER RAMSEY, APRN-CNM; THE
MIDWIVES PLACE LLC, and BELLEVUE
MEDICAL CENTER, L.L.C.,

    Defendants.

8:13CV143

ORDER

This matter is before the Court pursuant to its Memorandum and Order dated August 9, 2017, ECF No. 348. The Court's Amended Judgment, ECF No. 390, awarded damages in the amount of $1,750,000, with interest at the rate of .33 % per annum from August 6, 2015. Interest was to be computed daily and compounded annually. 28 U.S.C. § 1961(b). Accordingly, the total amount due at end of the first year, *i.e.* August 5, 2016, was $1,755,775. The total amount due at the end of the second year, *i.e.* August 5, 2017, was $1,761,569.06. Interest in the amount of $15.93 per day has been accruing thereafter. The period from August 6, 2017, to August 28, 2017, was 23 days. Thus, the, interest for that period is $366.39 ($15.93 times 23 days).

The total amount due to satisfy the judgment as of August 28, 2017, was $1,761,935.45. On that day, and as required in the Court's Memorandum and Order, Defendant deposited $1,761,935.45 with the Clerk of the Court. *See* Text Receipt Nos.

8043924 and 8043925. The Court concludes this amount constitutes payment in full of the Amended Judgment, ECF No. 290.

Accordingly,

IT IS ORDERED:

1. The Amended Judgment, ECF. 290, entered in favor of S.S., a Minor, by and through Doran Schmidt, her natural mother and Next friend, plaintiff and against The Bellevue Medical Center, LLC, defendant, is fully satisfied including interests and costs;

2. The Appeal/Supersedeas Bond filed with this Court on January 11, 2016, ECF No. 312, is hereby discharged and the Clerk of Court is directed to return the original of the bond to counsel for The Bellevue Medical Center, LLC.

Dated this 26th day of September, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge