# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DORAN SCHMIDT, Individually; and S.S., a minor, by and through Doran Schmidt, her natural mother and next friend;<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>BELLEVUE MEDICAL CENTER, L.L.C.,<br><br>　　　　　　Defendants. | 8:13CV143<br><br>ORDER |

This matter is before the Court on its own motion. On August 28, 2017, with permission of the Court, Defendant deposited the full judgment amount into the registry of the Court (the "Judgment Funds"), as shown in the docket by Text Receipt Nos. 8043924 and 8043925. On September 26, 2017, the Court entered an order stating that the judgment in favor of Plaintiffs had been fully satisfied and authorized a release of Defendant's supersedeas bond. ECF No. 349.

On October 4, 2017, the Clerk of Court of the Eighth Circuit Court of Appeals filed notice with this Court that Plaintiff filed a petition for writ of certiorari in the United States Supreme Court. *See* ECF No. 350. Counsel for Plaintiffs have indicated that they will not seek release of the Judgment Funds until their petition for writ of certiorari has been resolved. In the intervening time, the Court will direct that the Judgment Funds be placed in the Court Registry Investment System, as authorized by NECivR 67.1. The Court will direct that, when their petition for certiorari has been resolved, Plaintiffs file a

motion to release the Judgment Funds, if appropriate, indicating to whom the Judgment Funds should be released.

Accordingly,

IT IS ORDERED:

1. The Clerk of Court is directed to deposit the Judgment Funds, Text Receipt Nos. 8043924 and 8043925, into an interest-bearing account until further order of this court pursuant to 28 U.S.C. § 2041 and NECivR 67.1; and

2. After the Plaintiffs' petition for writ of certiorari to the United States Supreme Court is resolved, Plaintiffs must file a motion to release the Judgment Funds, or other appropriate motion, indicating to whom the Judgment Funds should be released.

Dated this 2nd day of November, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge